UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Rafael Gomez,<br><br>    Plaintiff,<br><br>v.<br><br>The Massachusetts Secretary of State,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 25-CV-11607-AK<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 9] entered on 11/13/2025, it is hereby **ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 11/13/2025

By the Court,

/s/ Courtney Horvath
Deputy Clerk